# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: **16-cv-23053-MARTINEZ/GOODMAN**

ALEXANDER PINERO CASTILLO, and all others similarly situated under 29 U.S.C. 216(b),

       Plaintiffs,

vs.

LA MANSION DEL BAKERY LLC d/b/a CASA POTIN BAKERY, FRANCESCO D'ORSO and ANGELA LUCCHESE,

       Defendants.

**SUMMONS IN A CIVIL ACTION**

To:
LA MANSION DEL BAKERY LLC d/b/a CASA POTIN BAKERY
c/o Registered Agent, Angela Lucchese
839 SW 132nd Avenue
Miami, FL 33184

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**7/14/2016**

SUMMONS

*s/ Patrick Edwards*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: **16-cv-23053-MARTINEZ/GOODMAN**

ALEXANDER PINERO CASTILLO, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

LA MANSION DEL BAKERY LLC d/b/a CASA POTIN BAKERY,
FRANCESCO D'ORSO and
ANGELA LUCCHESE,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

To:
FRANCESCO D'ORSO
1161 NW 141st Ave
Pembroke Pines, FL 33028

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

**7/14/2016**

Steven M. Larimore
Clerk of Court

*s/ Patrick Edwards*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: **16-cv-23053-MARTINEZ/GOODMAN**

ALEXANDER PINERO CASTILLO, and all )
others similarly situated under 29 U.S.C. )
216(b), )
        Plaintiffs, )
  vs. )

LA MANSION DEL BAKERY LLC d/b/a )
CASA POTIN BAKERY, )
FRANCESCO D'ORSO and )
ANGELA LUCCHESE, )

        Defendants. )

**SUMMONS IN A CIVIL ACTION**

To:
ANGELA LUCCHESE
839 SW 132nd Avenue
Miami, FL 33184

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
        300 71ST Street, Suite 605
        Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

7/14/2016

**SUMMONS**

Steven M. Larimore
Clerk of Court

*s/ Patrick Edwards*
Deputy Clerk
U.S. District Courts