## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 16-23053-CIV-MARTINEZ/GOODMAN

ALEXANDER PINERO CASTILLO,

     Plaintiff,

v.

LA MANSION DEL BAKERY, LLC, et al.,

     Defendant.

_____/

### POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

Plaintiffs filed a Notice of Hearing concerning one discovery issue related to Plaintiffs taking the deposition of Yosvany D'Orso. [ECF No. 38]. The Undersigned held a telephonic hearing concerning the discovery issue on March 24, 2017. The Undersigned **ordered** as follows:

Defendant shall, by March 25, 2017, provide Plaintiffs with Yosvany D'Orso's address in an interrogatory answer. Also, Defendant shall make Yosvany D'Orso available for a deposition and that deposition shall take place on or before April 5, 2017.

**DONE AND ORDERED** in Chambers, at Miami, Florida, on March 27, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**<u>Copies furnished to</u>**:
The Honorable Jose E. Martinez
All counsel of record