# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALEXANDER PINERO CASTILLO, and all others similarly situated un 29 U.S.C. 216(b),<br><br>Plaintiffs,<br><br>v.<br><br>LA MANSION DEL BAKERY LLC d/b/a CASA POTIN BAKERY, FRANCESCO D'ORSO,<br><br>Defendants. | Case No. 1:16-cv-23053-JEM<br><br>**PLAINTIFF'S WITNESS LIST** |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| HONORABLE<br><br>JOSE E. MARTINEZ | **David Kelly, Esq.**<br>**J. H. Zidell, Esq.**<br>**Bruno A. Garofalo, Esq.**<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141 | **Adi Amit**<br>Lubell & Rosen, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, FL 33301 |
| TRIAL DATE<br>6/12/2017 | COURT REPORTER | COURTROOM DEPUTY |

| Witness | Address |
|---|---|
| Plaintiff, Alexander Pinero Castillo | c/o J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL 33141 |
| Defendant, Francesco D'Orso | c/o Lubell & Rosen, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, FL 33301 |
| Defendant, Corporate Representative of La Mansion Del Bakery, LLC | c/o Lubell & Rosen, LLC<br>200 S. Andrews Avenue |

| | |
|---|---|
| | Suite 900<br>Fort Lauderdale, FL 33301 |
| Lasel Pinero Sigler | 2055 SW 122 Avenue, Apt. 216, Miami, Florida 33175 |
| Roberto Medero | 401 Grand Canal Drive, Apt #2, Miami, Florida 33144 |
| Roberto Sanz (Sanchez)<br>**Objections**: R, UP | 10375 SW 88 Street, Apt. J2, Miami, Florida 33176 |
| Oracio Iroa<br>**Objections**: Failure to Disclose in Discovery, R | 16320 SW 52nd Street, Miami, Florida 33185 |
| Pablo Perez | 10120 SW 43rd Street, Miami, Florida 33165 |
| All Witnesses listed in Defendants' Initial Disclosures and Supplemental Initial disclosures. | |
| Plaintiff reserves the right to call any witnesses listed by the defense. | |
| All impeachment and rebuttal witnesses. | |

Respectfully submitted,

Bruno A. Garofalo, Esq.
J. H. ZIDELL, P.A.
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By: _s/__Bruno Garofalo_____
Bruno A. Garofalo, Esq.
Florida Bar No.: 0122023

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 23, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**BY:** __s/__Bruno Garofalo_________
Bruno A. Garofalo, Esq.

**SERVICE LIST**

Adi Amit, Esq.
Lubell & Rosen, Llc
*Attorneys For Defendant*
200 S. Andrews Ave, Suite 900
Ft. Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-Mail: Adi@Lubellrosen.Com