# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

ALEXANDER PINERO CASTILLO, and all others similarly situated un 29 U.S.C. 216(b),

Plaintiffs,

v.

LA MANSION DEL BAKERY LLC d/b/a CASA POTIN BAKERY, FRANCESCO D'ORSO,

Defendants.

Case No. 1:16-cv-23053-JEM

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| HONORABLE<br>JOSE E. MARTINEZ | **David Kelly, Esq.**<br>**J. H. Zidell, Esq.**<br>**Bruno Garofalo, Esq.**<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141 | **Adi Amit**<br>Lubell & Rosen, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, FL 33301 |
| TRIAL DATE<br>6/12/2017 | COURT REPORTER | COURTROOM DEPUTY |

| PLF ObJ. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| R, UP | P-1 | | | | Plaintiff's First Request for Admissions and Defendants' Responses. |
| R, UP | P-2 | | | | Plaintiff's First Requests for Production and Defendants' Responses. |
| R, UP | P-3 | | | | Plaintiff's First Set of Interrogatories and Defendants' Responses. |
| R, UP | P-4 | | | | Defendants' Initial Disclosures |

| | | | | | |
|---|---|---|---|---|---|
| A, H, UP | P-5 | | | | Image of Weekly Time Sheets |
| | P-6 | | | | Plaintiff's Paychecks |
| A, H, UP | P-7 | | | | Plaintiff's Letter of Employment Confirmation from Defendant |
| | P-8 | | | | All Rebuttal and Impeachment Documents |
| | P-9 | | | | Plaintiff reserves the right to introduce any of Defendants' Exhibits without waiving any objections to same. |

Respectfully submitted,

Bruno A. Garofalo, Esq.
J. H. ZIDELL, P.A.
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
Phone: 305-865-6766
Fax: 305-865-7167

By: _s/__Bruno Garofalo_____
Bruno A. Garofalo, Esq.
Florida Bar No.: 0122023

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 23, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**BY:** __s/__Bruno Garofalo__________
Bruno A. Garofalo, Esq.

**SERVICE LIST**

Adi Amit, Esq.
Lubell & Rosen, Llc
*Attorneys For Defendant*
200 S. Andrews Ave, Suite 900
Ft. Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-Mail: Adi@Lubellrosen.Com