UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 16-23053-CIV-MARTINEZ-GOODMAN

ALEXANDER PINERO CASTILLO,
    Plaintiff,

vs.

LA MANSION DEL BAKERY LLC d/b/a
CASA POTIN BAKERY, et al.,
    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT, DISMISSING CASE WITH PREJUDICE, AND DENYING THE PARTIES' REQUEST TO SEAL WITHOUT PREJUDICE

THIS CAUSE came before the Court on the parties' joint Stipulation of Settlement and Order of Dismissal [ECF No. 89]. The parties request this Court enter an order (a) dismissing this action with prejudice pursuant to the parties' settlement agreement; (b) retaining jurisdiction to enforce the terms of the settlement agreement; and (c) permanently sealing the trial record and all related trial documents. The parties submitted their settlement agreement (the "Settlement Agreement") for *in camera* review. After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that it represents a fair and reasonable resolution of a bona fide FLSA dispute. Accordingly, it is hereby:

**ORDERED and ADJUDGED** that

1.    The parties' joint Stipulation for Dismissal [ECF No. 89] is **GRANTED in part**, as set forth herein.

2.    The parties' Settlement Agreement is hereby **APPROVED**.

3.    This action is **DISMISSED with prejudice**, with the Court to reserve jurisdiction

- 2 -

to enforce the Settlement Agreement in accordance with its terms.

4. The parties' request to seal the trial record and all related trial documents is **DENIED without prejudice** for failing to comply with Local Rule 5.4. The parties are directed to file a motion to seal that complies with the requirements set forth in Local Rule 5.4. The Court reserves jurisdiction to rule on any motion to seal, if filed.

5. This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of May, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record